**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6708**

---

SAMUEL ROBERT QUEEN, JR., a/k/a Bobby J.
Queen,

                                  Plaintiff - Appellant,

          versus

LYNNE ANN BATTAGLIA; BARBARA S. SKALLA;
STEPHEN S. ZIMMERMAN; ROBERT D. SHEEHY; EFRAIN
ROSERIO,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
3568-MJG)

---

Submitted: August 30, 2000        Decided: September 7, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Samuel Robert Queen, Jr., Appellant Pro Se. Lynne Ann Battaglia,
United States Attorney, Roann Nichols, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel R. Queen appeals the district court's order denying his Fed. R. Civ. P. 59(e) to alter or amend its order granting summary judgment to Appellees on his Bivens[*] action. We have reviewed the record and the district court's opinion and find no reversible error. We further find that this appeal, Queen's fourth case concerning essentially the same property as his previous appeals, lacks any arguable basis in law or fact. Accordingly, we dismiss this appeal as frivolous. See 28 U.S.C.A. § 1915(e)(2) (West Supp. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Bivens v. Six Named Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 338 (1971).

2